IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BLAIR THOMAS HEIN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:22cv301-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that after being violently assaulted with a knife and becoming emotionally unstable as a result, he was placed on the floor next to a toilet in a small crisis cell with another inmate for 30 days and was never allowed out of the cell to exercise during that period. He also contends that he was then sent back to general population where officers informed the inmates that he was "the police," thereby endangering his safety. *See* Complaint (Doc. 1) at 2. This lawsuit is now before

the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of October, 2022.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**